IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, ex.rel. Mary L. Williams, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 15 C 9357 |
| v. | ) ) | Trial By Jury Demanded |
| RR Donnelly & Sons Company, | ) ) | |
| Defendant. | ) | |

**STIPULATION**

The undersigned, stipulated to the dismissal of this case, with prejudice, all matters having been fully compromised, settled or adjourned.

  /s/ Michael R. Collins                             /s/ Tal Chaiken
Michael R. Collins – counsel for the         Tal Chaiken, counsel for the Defendant,
Plaintiff, Mary L. Williams                         RR Donnelly & Sons Company

Dated: September 19, 2018

Michael R. Collins
COLLINS & COLLINS
8 S. Michigan Ave. Ste. 1414
Chicago IL 60604
312-201-8700

3